# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

**DAVID CLINEBELL,**

    **Plaintiff,**

v.                                             **Case No. 5:17-CV-03757**
                                                 **Judge Irene C. Berger**

**NATIONAL GENERAL ASSURANCE**     **Magistrate Judge Omar J. Aboulhosn**
**COMPANY and INTEGON CASUALTY**
**INSURANCE COMPANY,**

    **Defendants.**

## RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL

Now come all parties, through counsel, and stipulate as follows:

All claims and causes of action by Plaintiff against the Defendants are hereby dismissed with prejudice, pursuant to a settlement agreement between the parties.

Respectfully submitted,

| | |
|---|---|
| **/s/ Jeffrey V. Mehalic** | **/s/ Don C. A. Parker** |
| Jeffrey V. Mehalic (WV State Bar #2519) | Don C. A. Parker (WV State Bar #7766) |
| Law Offices of Jeffrey V. Mehalic | Spilman Thomas & Battle, PLLC |
| 364 Patteson Drive, No. 228 | 300 Kanawha Boulevard, E. (Zip 25301) |
| Morgantown, WV  26505-3202 | P. O. Box 273 |
| Telephone: (304) 346-3462 | Charleston, WV  25321-0273 |
| Facsimile: (304) 346-3469 | Telephone: (304) 340-3800 |
| jeff@mehaliclaw.com | Facsimile: (304) 340-3801 |
| *Counsel for Plaintiff David Clinebell* | dparker@spilmanlaw.com |
| | *Counsel for Defendants National General Assurance Company and Integon Casualty Insurance Company* |

# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

**DAVID CLINEBELL,**

    **Plaintiff,**

v.                                                      Case No. 5:17-CV-03757
                                                         Judge Irene C. Berger

**NATIONAL GENERAL ASSURANCE**      Magistrate Judge Omar J. Aboulhosn
**COMPANY and INTEGON CASUALTY**
**INSURANCE COMPANY,**

    **Defendants.**

## CERTIFICATE OF SERVICE

    I, Don C.A. Parker, hereby certify that on this 3rd day of April, 2018, I electronically filed the foregoing "**RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL**" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jeffrey V. Mehalic, Esq.
Law Offices of Jeffrey V. Mehalic
346 Patteson Drive, No. 228
Morgantown, WV  26505-3202
*Counsel for Plaintiff*

                                                /s/ Don C.A. Parker
                                                Don C. A. Parker (WV State Bar #7766)